# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132209

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ERIC ANTHONY DAVIS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132209
COA: 260597
Saginaw CC: 03-023907-FC

On order of the Court, the application for leave to appeal the August 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120